No. 99–9924. MARTIN *v.* CAIN, WARDEN. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for fur-

801

ther consideration in light of *Williams* v. *Taylor*, 529 U. S. 362 (2000).